UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

------------------------------------ X
:
GE ENERGY POWER CONVERSION FRANCE  : Civil Action No.:_____
SAS, CORP.                         :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :
                                   : **COMPLAINT FOR DAMAGES**
GAFFNEY-KROESE ELECTRICAL          :
                                   :
SUPPLY CORP.,                      :
                                   :
        Defendant.                 :
                                   :
------------------------------------ X

Plaintiff GE Energy Power Conversion France SAS Corp. (hereafter "Plaintiff" or "GE"), by and through its attorneys, complaining of Defendant Gaffney-Kroese Electrical Supply Corp., (hereafter "Defendant" or "Gaffney"), hereby alleges, as follows:

**PARTIES**

1. Plaintiff, GE is a corporation incorporated under the laws of France with its principal place of business located in Paris France.

2. Defendant, Gaffney is a New Jersey corporation having principal place of business at 60 Kingsbridge Road, Piscataway, New Jersey 08854. Gaffney may be served with process through the Georgia Secretary of State, through its registered agent for service of process in Georgia, and/or through such other means as are authorized by the applicable statutes and rules of this Court.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332 because this is a controversy between citizens of different States and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. Personal jurisdiction over Defendant is proper in this Court because Defendant transacts business in Georgia and has both general and specific jurisdictional contacts with Georgia sufficient to authorize personal jurisdiction over the Defendant in this Court for this action. Personal jurisdiction over Defendant is also proper in this Court because Defendant agreed in a written contract with GE that any dispute between the parties arising out of the contract which is at issue in this action would be resolved by litigation; and Defendant agreed in the contract to submit to the jurisdiction of this U.S. District Court for the Northern District of Georgia, Atlanta Division.

5. Venue is proper in this Court under 28 U.S.C. § 1391 because Defendant is subject to this Court's personal jurisdiction in this Court with respect to this action.

6. Venue is proper in this Court for the additional reason that the parties' written contract which is at issue in this action included a forum selection agreement providing that venue for any litigation between the parties arising out of the contract would be proper in this U.S. District Court for the Northern District of Georgia, Atlanta Division.

## FACTS

7. GE manufactures and sells electrical motors and related power conversion equipment and parts to its customers in the energy production industry.

8. Gaffney is s global provider of industrial equipment, machinery, instruments, apparatus

and supplies to various industries.

9. GE and Gaffney entered into two (2) separate purchase orders through which Gaffney agreed to purchase and GE agreed to sell equipment, parts and supplies related to Gaffney's business needs. These Purchase Orders are identified as follows:

   a. Tooling Purchase Order bearing PO No. 442255; and

   b. Spare parts Purchase Order bearing PO No. 442427.

10. The first purchase order (PO 442255) was entered into and invoiced on or about June 23, 2020 totaling 114,247 euros ($139,320.79).

11. To date no payments have been made by Gaffney on the invoice for PO 442255, although payment is due and owing; and, as of March 10, 2021, has accrued a total calculated debt of 126,242 euro ($153,948.33) pursuant to the agreed upon 1.5% monthly late payment rate.  Interest has continued to accrue on PO 442255 since March 10, 2021.

12. The second purchase order (PO 442427) was entered into and invoiced on or about August 7, 2020 totaling 64,837 euro ($79,066.78).

13. To date no payments have been made by Gaffney on the invoice for PO 442427, although payment is due and owing; and, as of March 10, 2021, has accrued a total calculated debt of 73,590 euro ($89,740.80) pursuant to the agreed upon 1.5% monthly late payment rate. Interest has continued to accrue on PO 442427 since March 10, 2021.

14. GE has fully complied with the contract Purchase Orders 442255 and 442427; and GE has made proper presentment and notice of payments due to Gaffney but to no avail.

15. Because of Gaffney's failure to pay the subject invoices and agreed upon late payment

penalties Gaffney is indebted to GE for 199,832 euro ($243,645.17).

## CAUSE OF ACTION
### Breach of Contract

16. GE incorporates by reference herein the foregoing Paragraphs 1 through 15.

17. GE had valid and enforceable contract Purchase Orders with Defendant under which GE was to be paid $218,387.57.

18. Due to non-payment, Defendant, through previously agreed upon terms, is required to pay an additional $25,257.60 in late payment penalties for the two invoices.

19. Defendant breached that contract by not making payments on the account as required by the Purchase Order Terms; and Defendant's breach has caused GE injury.

20. Based on the foregoing, GE is entitled to recover the full cost of the outstanding invoices as well as penalties for late payment totaling $243,645.17 in addition to litigation costs (including without limitation reasonable attorney fees) incurred in connection with the pursuit of these claims.

WHEREFORE, General Electric Power Conversion respectfully requests that Gaffney be cited to appear and that GE recover from Gaffney the above described amounts including pre-judgment and post judgment interest as provided by law; attorney fees and legal expenses, punitive or exemplary damages as may be authorized by law, and such other and further relief as may be appropriate.

Respectfully submitted,

*/s/ Anthony C. Walsh*
Anthony C. Walsh (GA Bar No. 735063)
GE Gas Power
4200 Wildwood Parkway
Atlanta, Georgia 30339
Telephone:     678-844-6107
Email:         anthony.walsh@ge.com

and

Michael D. Fisse (pending *pro hac vice*)
Paul R. Trapani, III (pending *pro hac vice*)
Patrick B. Fisse (pending *pro hac vice*)
Daigle Fisse & Kessenich, PLC
227 Highway 21
Madisonville, Louisiana 70447
Telephone:     985-871-0800
Facsimile:     985-871-0899
Email:         mfisse@daiglefisse.com
               ptrapani@daiglefisse.com
               pfisse@daiglefisse.com

**Attorneys for Defendant, GE ENERGY POWER CONVERSION FRANCE SAS, CORP.**

TO:
Gaffney-Kroese Electrical Supply Corp.
60 Kingsbridge Road,
Piscataway, New Jersey 08854